COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-439-CV

IN RE COOPER TIRE & RUBBER COMPANY RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered relator’s “Motion To Dismiss Mandamus Proceeding.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B: HOLMAN, DAY, and DAUPHINOT, JJ.

DELIVERED: June 25, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.